In The Texas Court Of Criminal Appeals

Re. Writ No's lockr1217-83-1, lockr1217-83-2, lockr1217-83-3, lockr1217-83-4, lockr1217-83-5, lockr1217-83-6, lockr1217-83-7

Ex-Parte, Thomas Wayne Florence, Void TDCJ. # 729344 Unlawfully Restrained Of His Liberty In Vio-Lation Of U.S.C.A. 4th, 5th, 6th, 8th, 14th And Texas Constitution, Art. 1 co 4 Due Course Of Law

I'm Asking This Court's Law Clerk's And Staff Attorney's And Court Why Am I A Pro Se Litigant. From Trial, Appeal And Post Conviction Id. Proceedings Is Being Discriminated Against And Being Denied Access To Court's To Present My Valid Legal Constitutional Claims, Fundamental And Jurisdictional Defects. To This Court For A Full And Fair Review As If I Was Represented By Counsel.

See, Kindley v. State, 795 SW2d 261, 264 (Tex. App. Houston 14th Dist. 1990), Pro Se Person Must Present Argument, Record, And Authority As Any Attorney.

I'm Not Asking Nor Ever Asked for Any Special Treatment From Any Court, Law-Clerks, Staff Attorney's Or From The Hon.

1

Justices Of This Court. The United States Supreme Court Has Stated That This Court Should Address The Injusticies Brought To This Courts Attention. "

This Courts Turning Of A **BLIND EYE** To The Writs, Supra, Is Arbitrary Forcing Me To File 2254's On Each Of These Valid Writs. That's Supported By Direct And A Preponderance Of The Evidence As Mandated.

In Id. Writs I Presented Claims That(Is) If True Would Entitle Me To Relief.

As This Court Held In SHANE And JOHN MATTHEWS Writs I Prepared (JASPER COUNTY) In 2014.

And As This Court Recently Held In Ex-Parte Anderson, Writ No. 82,828-01 (Tex. Crim. App. 2015) ATTY. CYNTHIA ORR.

See. Ex Parte Florence, Writs 10CR12117-83-1 Never Transmitted 10-26-2010 Art. 11.07, (11.06, 11.08) Cited / And ~~VOTED~~ Admitted By The State In 10CR12117-83-3 Writ That Id. Writ Was Never Sent And I've Asked Said Court To Order Writ Sent.

10CR12117-83-2; 10CR12117-83-3; 10CR12117-83-4 10CR12117-83-5; 10CR12117-83-6; 10CR12117-83-7

2

Art's 11.07's Presented Some Of The Same Grounds (Suppression) As Ex Parte Anderson, Supra - Who's Case Was Sent Back To The Trial Court For Hearing.

The Law Clerks, Staff Attorney's And This Court Is Highly Aware Of The Injustice In Ex Parte Florence, Supra, And Of His Unlawful Imprisonment, Supported By Tons Of Exhibit's, Authorities, Argument, Record, To Be Entitled To Relief As If I Had Counsel, Kinbley.264, Supra (Ex Parte R. Anderson, Supra).

Is This Court, And Clerks And Staff Attorney's Waiting And Hoping That This Case Turns Out As (Innocent Mr. Tim Cole Who Was Unlawfully Imprisoned), Tim Cole.

This Court, Clerks, Staff Attorney's Has Clearly Sent The Wrong Messages To Charleston County. Go On And Falsely, Illegally Carry Out Your Criminal Act's And This Court Supports And Condone It, He's Just A Prose Person With No Rights

3

See, Coleman v. Thompson, 111 S.Ct. 2576, 2555

Now I'm Having To File 2254's On Each State Writ And Ask The Fed. Ct. To Remand Back To State Court for Independent Investigation (TX.C.Cr.Proc. Art. 1.23; 45.018, 45.019), Id. Citing, Michigan v. Long, 463 U.S. 1032, (1983)

This Court Has Sent The Wrong Message To 1st Ct. Or Appeals Related To 01-11-00822 CR, Appeal Issue No.3, Etal, See 10CR1217-83-3 Writ, 10CR1217-83-4, 10-CR1217-83-5.7 Writs.

See, Ervin v. State, 331 S.W. 3d __ (Tex. Crim. App. 2010), A Texas (C.C.A.) Court Or Appeals Court Is Duty Bound Under The Texas Constitution To Exercise The Full Extent Of Its ~~Process~~ Appellate Powers (C.C.A.) On Questions Or Fact Brought Before It On Appeal, See, 01-11-00822 CR Issue No.3, 10CR1217-83-2 * 10CR1217 83-3 * 10CR1217 83 4 * 10CR1217 83 5, 10CR1217-83-7.

Respectfully Submitted Thomas Lee

Prayor; The InJustices Stopped And Addressed In The Intrest Of Justice

5-14-2015

Cert Serv, I Certify & Verified A Truel Correct Copy Was Sent To Justices C.C.A. P.O. 12308 Austin. TX. 78711

TLeet
5-14-15